bre 7, 1922. Vistas las mociones de desestimiento de apelación presentadas por la apelante en cada caso, se le tiene por desistido de la apelación.

No. 2666. GONZÁLEZ, APELANTE, v. AMARO, APELADA. — Corte de Distrito de Mayagüez. Resuelto en noviembre 9, 1922. Vista la moción de desestimiento de apelación presentada por el apelante, se le tiene por desistido de la apelación.

No. 25. SAN JUAN RACING & SPORTING CLUB ET AL., v. CORTE DE DISTRITO DE SAN JUAN, DISTRITO PRIMERO, HON. C. E. FOOTE, JUEZ, DEMANDADO. — Auto inhibitorio. Resuelto en noviembre 9, 1922. Habiendo quedado resuelta la cuestión promovida por este auto, en el caso No. 365, *San Juan Racing & Sporting Club* v. *Corte de Distrito de San Juan,* 30 D. P. R. 990, por los fundamentos del mismo se anula el auto inhitorio expedido.

No. 2842. RIVAS, APELADO, v. MORALES, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en noviembre 9, 1922. Examinada la moción del apelado sobre desestimación de apelación, así como la impugnación que hace el apelante, se declara con lugar y se desestima la apelación.

No. 1936. EL PUEBLO, APELADO, v. SOUFFRONT, APELANTE. —Corte de Distrito de San Juan, Primer Distrito. Resuelto en noviembre 9, 1922. Vista la moción de desestimiento de apelación del acusado apelante, se resuelve tenerle por desistido.

No. 2868. QUIÑONES ET AL., APELADOS, v. LÓPEZ, APELANTE.—Corte de Distrito de San Juan, Distrito Segundo. Resuelto en noviembre 9, 1922. Examinada la moción de los apelados y oídos los informes de los abogados en el acto de la vista, se declara con lugar y se desestima la apelación.

No. 2869. BANCO TERRITORIAL Y AGRÍCOLA, APELADO, v. MONLLOR ET AL., APELANTES.—Corte de Distrito de Ponce. Resuelto en noviembre 9, 1922. Examinada la moción del ape-